## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | |
|---|---|
| **FARM CREDIT LEASING SERVICES CORPORATION,** | **PLAINTIFF** |
| V. | **NO: 3:19CV92-M-P** |
| **FRED ZEPPONI, JR.,** | **DEFENDANT/ THIRD PARTY PLAINTIFF** |
| V. | |
| **CHARLES JOSEPH SCHINDLER, II, DELTA SOUTHERN CHEMICAL COMPANY, LLC, and SOUTHERN GULF COAST FUEL, LLC** | **THIRD PARTY DEFENDANTS** |

### ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE

Pursuant to a [34] Stipulation of Dismissal of Complaint filed by the parties in this case, it is hereby **ORDERED** that this action be dismissed with prejudice.

This the 8th day of January, 2020.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**